UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KMG INTERNATIONAL, BV,
a foreign corporation,

        Plaintiff,

vs.                                    Case No.:8:15-cv-00246-EAK-EAJ

LUNA-PARK,
a foreign corporation,

        Defendant.
_____/

## ORDER GRANTING INJUNCTION

THIS CAUSE came before the Court for consideration of the Joint Stipulation and Motion for Entry of Order Effectuating Settlement Agreement filed by Plaintiff, KMG INTERNATIONAL, BV ("KMG"), and Defendant, LUNA-PARK ("Luna Park"), the Court has considered the parties' Joint Stipulation and Motion for Entry of Order and has been otherwise advised in the premises:

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

1. Luna Park, either alone or acting in concert with another, is hereby restrained and enjoined from importing, offering to sell, or selling the Extreme ride, or any other ride, in the United States of America which infringes upon U.S. Patent No. 6,872,144 up through October 9, 2023.

2. Luna Park may advertise and promote the Extreme ride, including at trade shows that take place in the United States. However, Luna Park will post a disclaimer on any brochures, posters, banners, or advertisements displayed in the United States featuring the Extreme ride

which clearly indicates that the Extreme ride is not available for sale for customers located in the United States and this specifically includes a disclaimer on any such promotional materials used at trade shows in the United States. However, Luna Park is not required to include a disclaimer on its website. This provision applies with equal force to any ride that infringes upon U.S. Patent No. 6,872,144 up through October 9, 2023, whether marketed under the Extreme name or any other name.

3. The parties have agreed to waive the requirement of the posting of any bond in connection with this permanent injunction, and therefore no bond shall be required by the Clerk of Court.

**DONE AND ORDERED** in the chambers in Tampa, Florida, on July 8, 2015.

Honorable Elizabeth A. Kovachevich
United States District Judge

2